USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/16/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              - against -<br><br>SHON NORVILLE,<br><br>                    Defendant. | **10-cr-1046 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Government and Probation Department are directed to respond to the Defendant's letter request for early termination of supervised release (Dkt. No. 334) within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:    16 March 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.