

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__3/19/26__ |

March 18, 2026

**By ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:      ***United States v. Shon Norville*, 10 Cr. 1046 (VM)**

Dear Judge Rochon:

The Government respectfully writes in response to the Court's March 16, 2026 Order directing the Government and the U.S. Probation Department ("Probation") to respond to the defendant's request for early termination of supervised release (the "Request") by March 23, 2026. (Dkt. 335). In considering the Request, the Government has conferred with the defendant's assigned Probation Officer, Dayshawn Bostic, who has a scheduled check-in with the defendant on March 19, 2026, to discuss, among other things, the Request. The Government understands that Probation's position on the Request will be informed in part by its discussions with the defendant at that meeting. Accordingly, to allow for that meeting and certain follow-up discussions to play out, the Government and Probation respectfully request a brief adjournment until March 27, 2026 to respond to the Request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:      ___/s/_____
Nicholas D. Pavlis
Assistant United States Attorney
(212) 637-1068

cc:      Probation Officer Dayshawn Bostic (by email)

Request **GRANTED.**

The Government's request for an extension of time to respond to Defendant's request is hereby granted. The time for the Government and Probation to respond is extended to March 27, 2026.

**SO ORDERED.**

__3/19/26__
DATE



VICTOR MARRERO, U.S.D.J.